**THE HONORABLE BENJAMIN H. SETTLE**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JOAN ELIZABTH TOYER and RONALD VICTOR TOYER, *wife and husband and their marital community,*<br><br>Plaintiffs,<br><br>v.<br><br>MONSANTO COMPANY.<br><br>Defendant. | **Case No. 3:19-cv-05803-BHS**<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT MONSANTO COMPANY'S MOTION TO EXCLUDE TESTIMONY OF JASON MACLEAN, PH.D.**<br><br>**NOTED FOR CONSIDERATION: 11/23/2026**<br><br>**ORAL ARGUMENT REQUESTED** |

Before the Court is Defendant Monsanto Company's ("Defendant") Motion to Exclude Testimony of Jason MacLean, Ph.D.

IT IS HEREBY ORDERED that Defendant's Motion to Exclude Testimony of Jason MacLean, Ph.D.is GRANTED.

DONE IN OPEN COURT this _____ day of November, 2026.

______________________________
**HONORABLE BENJAMIN H. SETTLE**



SHOOK, HARDY & BACON L.L.P.
701 Fifth Avenue, Suite 6800
Seattle, WA 98104-7066
Tel: 206-344-7600

Presented by:

**SHOOK, HARDY & BACON L.L.P.**

By: */s/ Steven Rich*
Steven W. Rich, WSBA #48444
701 Fifth Avenue, Suite 6800
Seattle, WA 98104-7066
Telephone: 206.344.7600
Facsimile: 206.344.3113
E-mail: srich@shb.com

***Attorneys for Defendant Monsanto Company***

**CERTIFICATE OF SERVICE**

I certify, under penalty of perjury under the laws of the State of Washington, that on this date, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system, which will send notification of such filing to those attorneys of record registered on the CM/ECF system. All parties, if any, shall be served in accordance with the Federal Rules of Civil Procedure.

*/s/ Steven Rich*
Steven Rich



SHOOK, HARDY & BACON L.L.P.
701 Fifth Avenue, Suite 6800
Seattle, WA 98104-7066
Tel: 206-344-7600