Honorable Benjamin H. Settle

Corrie J. Yackulic
CORRIE YACKULIC LAW FIRM, PLLC
101 Yesler Way Ste. 600
Seattle, Washington 98104
Tel. 206.787.1915
Fax. 206.299.9725
Corrie@cjylaw.com

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JOAN ELIZABTH TOYER and RONALD VICTOR TOYER, *wife and husband and their marital community*,<br><br>*Plaintiffs*,<br>v.<br><br>MONSANTO COMPANY,<br><br>*Defendant*. | Case No. 3:19-cv-05803-BHS<br><br>**PLAINTIFF'S AMENDED RULE 26(a)(2) DISCLOSURE** |

Plaintiff Joan Toyer withdraws Jason MacLean as a testifying expert in this matter. Monsanto's motion to exclude Dr. MacLean (Dkt. 49) is therefore moot.

Dated this 13th day of November, 2026.

CORRIE YACKULIC LAW FIRM, PLLC

*/s/ Corrie J. Yackulic*
CORRIE J. YACKULIC, WSBA # 16063
101 Yesler Way, Ste. 600
Seattle, WA 98104
Tel. 206-787-1915
Fax. 206-299-9725
corrie@cjylaw.com
*Attorney for Plaintiffs*

FRIEDMAN RUBIN, PLLP

*/s/ Colleen Durkin Peterson*
Colleen Durkin Peterson, WSBA No. 45187
Henry G. Jones, WSBA No. 45684
1109 1st Ave, Ste. 501
Seattle, WA 98101
Tel. 206-501-4446
Fax. 206-623-0794
cdp@friedmanrubin.com
hjones@friedmanrubin.com
*Attorneys for Plaintiffs*