**THE HONORABLE BENJAMIN H. SETTLE**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JOAN ELIZABTH TOYER and RONALD VICTOR TOYER, *wife and husband and their marital community,*

Plaintiffs,

v.

MONSANTO COMPANY.

Defendant.

Case No. 3:19-cv-05803-BHS

**STIPULATED MOTION AND [PROPOSED] ORDER REGARDING CONTINUANCE OF TRIAL DATE AND PRE-TRIAL DEADLINES**

**Noted for Consideration: 11/16/2026**

Plaintiff Joan Elizabeth Toyer ("Plaintiff") and Defendant Monsanto Company ("Monsanto"), by and through their respective counsel, jointly move the Court for an order continuing the current March 2, 2027 trial date and associated pretrial deadlines to **May 17, 2027**. The parties submit that good cause exists for the requested relief.

## I. BACKGROUND

This matter is currently set for a fifteen-day jury trial beginning March 2, 2027. ECF No. 14. The Court's scheduling order established certain pretrial deadlines, including a dispositive-motion deadline of November 2, 2026, but did not include several deadlines typically associated with expert disclosures, rebuttal expert disclosures, discovery completion, or discovery-related motion practice. *Id*.



SHOOK, HARDY & BACON L.L.P.
701 Fifth Avenue, Suite 6800
Seattle, WA 98104-7066
Tel: 206-344-7600

Significant motions and case management issues remain in this matter. Plaintiff's Motion for Partial Summary Judgment Regarding Federal Preemption, ECF No. 15, and Monsanto's Cross-Motion for Summary Judgment, ECF No. 25, are both pending before the Court. Plaintiff's Motion to Consolidate this action with Huntley, ECF No. 18, is also pending. In addition, the Court is considering the broader consolidation and bifurcation/trifurcation issues identified in its September 29, 2026 Order to Show Cause. ECF No. 21.[1]

The parties further note that Plaintiff recently served a supplemental expert disclosure identifying Richard DeGrandchamp, Ph.D. The parties have agreed that Monsanto may supplement its own expert disclosures by December 11, 2026, and that all expert depositions, including Monsanto's deposition of Dr. DeGrandchamp and Plaintiff's depositions of any experts newly disclosed by Monsanto, will be completed by January 15, 2027.

Fact discovery likewise remains ongoing. Monsanto is currently working with Plaintiff to schedule the depositions of certain fact witnesses in this matter, including Ms. Toyer's treating doctor, Richard Ingber, M.D., and her children, Ronald Arnott, Robert Sunseri, Theresa Johnson, and Cheryl Albright.

## II. GOOD CAUSE EXISTS TO CONTINUE THE MARCH 2, 2027 TRIAL DATE

First, the Court is presently considering several motions and case management issues that may significantly affect the scope, structure, and schedule of trial proceedings. Those issues include Plaintiff's Motion for Partial Summary Judgment, Monsanto's Cross-Motion for Summary Judgment, Plaintiff's Motion to Consolidate, and the matters raised in the Court's Order to Show Cause regarding consolidation and bifurcation/trifurcation. ECF Nos. 15, 18, 21,

[1] On September 29, 2026, the Court issued an Order directing the parties in this case, *Huntley v. Monsanto Co.*, No. 3:19-cv-05805-BHS, and *Kooi v. Monsanto Co.*, No. 3:20-cv-05864-BHS, to show cause regarding whether the cases should be consolidated for purposes of a liability trial and whether any individual damages proceedings should be bifurcated or trifurcated. ECF No. 21. The Court noted that any consolidated liability trial would likely proceed on March 2, 2027, the currently scheduled trial date in this action. *Id.*



SHOOK, HARDY & BACON L.L.P.
701 Fifth Avenue, Suite 6800
Seattle, WA 98104-7066
Tel: 206-344-7600

25. Resolution of those matters will necessarily inform how these actions proceed toward trial.

Second, expert discovery is ongoing. As described above, Plaintiff has recently supplemented her expert disclosures with the addition of Richard DeGrandchamp, Ph.D. and Monsanto has indicated it wishes to supplement its disclosures with additional experts.

Third, limited fact discovery remains outstanding, including the fact witness depositions identified above, which the parties are working to schedule.

The existence of this remaining discovery is not the result of delay by either party and the Parties have complied with all deadlines imposed by the Court.

## III. PROPOSED AMENDED TRIAL AND PRETRIAL SCHEDULE

The Parties propose the following amended trial and pretrial schedule:

| Event | Current Date | Proposed Date |
|---|---|---|
| 15-day jury trial set for 9:00 AM | March 2, 2027 | May 17, 2027 |
| Monsanto's supplemental expert disclosures under FRCP 26(a)(2), in response to Plaintiff's supplemental expert disclosures | Not set | December 11, 2026 |
| Plaintiff's rebuttal expert disclosures under FRCP 26(a)(2)(D)(ii), in response to Monsanto's supplemental expert disclosures | Not set | December 30, 2026 |
| Depositions of disclosed experts completed by | Not set | January 15, 2027 |
| Discovery completed by | Not set | January 15, 2027 |
| All *Daubert* motions for newly disclosed experts other than Dr. DeGrandchamp must be filed by | November 2, 2026 | February 12, 2027 |
| Motions in limine filed pursuant to Local Rule CR 7(d)(5) by | January 25, 2027 | April 12, 2027 |
| Agreed pretrial order filed with the Court by | February 8, 2027 | April 26, 2027 |
| Trial briefs, proposed voir dire, jury instructions, agreed neutral statement of the case, and deposition designations due by | February 9, 2027 | April 27, 2027 |



SHOOK, HARDY & BACON L.L.P.
701 Fifth Avenue, Suite 6800
Seattle, WA 98104-7066
Tel: 206-344-7600

| | | |
|---|---|---|
| Pretrial conference held at 1:30 PM on | February 16, 2027 | May 3, 2027 |

The parties certify that this memorandum contains 927 words, in compliance with the Local Civil Rules.

Based on the foregoing stipulation, and good cause appearing, IT IS HEREBY ORDERED that the parties' stipulated motion is GRANTED, and the trial date and pretrial deadlines are amended as set forth above.

DATED this ___ day of November, 2026.

IT IS SO ORDERED

______________________________________

UNITED STATES DISTRICT COURT JUDGE

Presented by:

SHOOK, HARDY & BACON

By: */s/ Steven Rich*
Steven W. Rich, WSBA #48444
701 Fifth Avenue, Suite 6800
Seattle, WA 98104-7066
Tel: 206-344-7600
E-mail: srich@shb.com

***Attorneys for Defendant Monsanto Company***

CORRIE YACKULIC LAW FIRM, PLLC

By: */s/ Corrie J. Yackulic (via permission)*

Corrie J. Yackulic, WSBA #16063
101 Yesler Way, Suite 600
Seattle, WA 98104
Tel. 206-787-1915 | Fax. 206-299-9725
E-mail: corrie@cjylaw.com

FRIEDMAN | RUBIN, PLLP

By: */s/ Henry G. Jones (via permission)*

Colleen Durkin Peterson, WSBA No. 45187
Henry G. Jones, WSBA No. 45684
1109 1st Avenue, Suite 501
Seattle WA 98101-2988
Tel: 206-501-4446 | Fax: 206-623-0794
E-mail: cdp@friedmanrubin.com
E-mail: hjones@friedmanrubin.com

***Attorneys for Plaintiffs***

**CERTIFICATE OF SERVICE**

I certify, under penalty of perjury under the laws of the State of Washington, that on this date, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system, which will send notification of such filing to those attorneys of record registered on the CM/ECF system. All parties, if any, shall be served in accordance with the Federal Rules of Civil Procedure.

*/s/ Steven Rich*
Steven Rich



SHOOK, HARDY & BACON L.L.P.
701 Fifth Avenue, Suite 6800
Seattle, WA 98104-7066
Tel: 206-344-7600