UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JOAN ELIZABETH TOYER *et al.*,<br>Plaintiff,<br>v.<br>MONSANTO COMPANY,<br>Defendant. | NO. 3:19-cv-05803-BHS<br>**DEFENDANT MONSANTO COMPANY'S NOTICE TO WITHDRAW PENDING MOTION TO EXCLUDE TESTIMONY OF JASON MACLEAN, PH.D.**<br>**NOTED FOR CONSIDERATION: 11/23/2026** |

**PLEASE TAKE NOTICE** that, in light of Plaintiff's removal of expert Jason MacLean, Ph.D., Defendant Monsanto Company withdraws, without prejudice and reserving all rights, its pending Motion to Exclude Testimony of Jason MacLean, Ph.D., filed with the Court on November 2, 2026 and noted for November 23, 2026. (Dkt. #49).

DATED: November 23, 2026

SHOOK, HARDY & BACON L.L.P.

By: *_/s/ Steven W. Rich_*
Steven W. Rich, WSBA #48444
701 Fifth Avenue, Suite 6800
Seattle, WA 98104-7066
Tel: 206-344-7600
Email: srich@shb.com

*Attorneys for Defendant Monsanto Company*

**CERTIFICATE OF SERVICE**

I certify, under penalty of perjury under the laws of the State of Washington, that on this date, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to those attorneys of record registered on the CM/ECF system. All parties, if any, shall be served in accordance with the Federal Rules of Civil Procedure.

*/s/ Steven Rich*
Steven Rich



SHOOK, HARDY & BACON L.L.P.
701 Fifth Ave, Suite 6800
Seattle, WA 98104-7066
206-344-7600