**THE HONORABLE BENJAMIN H. SETTL**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JOAN ELIZABTH TOYER and RONALD VICTOR TOYER, *wife and husband and their marital community*,

Plaintiffs,

v.

MONSANTO COMPANY.

Defendant.

Case No. 3:19-cv-05803-BHS

**ORDER GRANTING IN PART STIPULATED MOTION REGARDING CONTINUANCE OF TRIAL DATE AND PRE-TRIAL DEADLINES**

THIS MATTER came before the Court on the Parties' Stipulated Motion to Continue Trial and Related Pre-Trial Deadlines. The Court having reviewed the Stipulated Motion finds that good cause exists to continue the trial date and related pre-trial deadlines.

Based upon the Parties' Stipulated Motion, and being fully advised in the premises, the Court hereby ORDERS, ADJUDGES, and DECREES that the Stipulated Motion to Continue Trial and Related Pre-Trial Deadlines is **GRANTED IN PART.**

The Clerk is hereby directed to amend the deadlines in the Court's calendar as follows:

| **Event** | **New Date** |
|---|---|
| 15-day jury trial set for 9:00 AM | May 18, 2027 |
| Monsanto's supplemental expert disclosures under FRCP 26(a)(2), in response to Plaintiff's supplemental expert disclosures | December 11, 2026 |



SHOOK, HARDY & BACON L.L.P.
701 Fifth Avenue, Suite 6800
Seattle, WA 98104-7066
Tel: 206-344-7600

| Event | New Date |
|---|---|
| Plaintiff's rebuttal expert disclosures under FRCP 26(a)(2)(D)(ii), in response to Monsanto's supplemental expert disclosures | December 30, 2026 |
| Depositions of disclosed experts completed by | January 15, 2027 |
| Discovery completed by | January 15, 2027 |
| All *Daubert* motions for newly disclosed experts other than Dr. DeGrandchamp must be filed by | February 1, 2027 |
| Motions in limine filed pursuant to Local Rule CR 7(d)(5) by | April 12, 2027 |
| Agreed pretrial order filed with the Court by | April 26, 2027 |
| Trial briefs, proposed voir dire, jury instructions, agreed neutral statement of the case, and deposition designations due by | April 27, 2027 |
| Pretrial conference held at 1:30 PM on | May 3, 2027 |

DATED this 24th day of November, 2026.

IT IS SO ORDERED

THE HONORABLE BENJAMIN H. SETTLE
UNITED STATES DISTRICT COURT JUDGE
WESTERN DISTRICT OF WASHINGTON



SHOOK, HARDY & BACON L.L.P.
701 Fifth Avenue, Suite 6800
Seattle, WA 98104-7066
Tel: 206-344-7600